No. 69568.—Bruce Duncan Co., Inc., a/c Jack McAfee Motors, Inc., et al. *v.* United States, protests 62/7396, etc. (Los Angeles).

Option by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.